FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

__Helena__ DIVISION

FEB 2 4 2022

Clerk, U.S. Courts
District of Montana
Helena Division

Thomas Gene Peltier

Enter above the full name of the
plaintiff or plaintiffs in this action

-vs-

Department of Corrections, Montana and/or Montana STate Prison, Dee-Lodge, MT.

Enter above the full name of the
defendant or defendants in this action.

I. Previous lawsuits:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes (X)  No (X)   Does not relate to this case and diffrent parties

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline and attach).

   Parties to this previous lawsuit: 1) McTighe, jr. Et AL...
   2) Core Civic of America

Plaintiffs: Myself, Bear Comes Out, Mesalluh

Defendants: McTighe, Et Al..., Core Civic of America

2. Court if federal court, name the district; if state court, name the county): U.S. District Court, District of Montana, Greatfalls Division
3. Docket Number: CV 21-65-GF-BMM-JTJ
4. Name of judge to whom case was assigned:

Honorable United States Magistrate Judge, John Johnston

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

It is still pending

6. Approximate date of filing lawsuit:

June 4th, 2021

7. Approximate date of disposition:

July 21st, 2021

II. Place of Present Confinement: Shelby, MT. Private Prison, Core Civic of America

A. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? I followed D.O.C. grievance procedurs file Informal, formal, Wardens Appeal
2. What was the result? I received no response, Grievance officer told me, he sent them to M.S.P.

D. If your answer is NO, explain why not:

_____

_____

III. Parties:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff   Thomas Gene Peltier

   Address   50 Crossroads Drive, Shelby, MT. 59474

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for names, positions and places of employment of any additional defendants). I do not have the name of the Defendant or his/her office.
– I intend to ask or Motion Cort to Compel D.O.C and M.S.P. to provide name and office

B. Defendant _____ is employed as _____. at
Department of Corrections, State of Montana
" Montana Department of Corrections"

C. Additional defendants: _____

Montana State Prison
Administration and/or Records
700 Conley Lk. Rd
Deer Lodge, MT. 59722

IV. Statement of claim: April 8th, 2021, after asking for proof I had been incarcerated and would be for 180 days, (for a Review of my Child Support). I received a Montana Department of Corrections, Location term listing. I noticed as I read over it, that above sexual offender the word "Unknown", I have never been convicted of a sexual offence nor charged with one. Any thing

Claim 1:

(cont.)

State here as briefly as possible only the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related cases, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

(Cont.) other than "NO" is very misleading. I was immediately offended I kited Mrs. Wadler back, accusing her and filed my informal (4-8-21) against her, Core Civic, MSP and D.O.C. Mrs. Wadler had signed the kite which made me initially believe she had something to do with it. I looked at my friends paper (same Mo.R.R.A. paper work) and his said "NO" above sexual offender. I have only found two (2) more inmates, on my block that have this same issue. All of us having never been convicted or charge with a sexual offense, Mr. Loren Racine and Mr. Mitchell Debus. I did not spend to much time on this and there are some who have not given me an answer. Asking to look at other inmates paper-work can be considered "paper check", a ploy used by gangs and aggresive inmates to find sexual offenders and either exploit them, assualt them or chase them off the block.

The only thing the 3 of us (Mr. Racine and Mr. Debus, and Myself) have in common, is that we have all been to prison more than one time. The classification of "Unknown" is an accusation, sneaky, yet that is what it is. It is a direct violation of mine (our) Fifth Amendment Rights - "Criminal actions, those provisions concerning - and our Due process of Law and just compensation." Mine (our) Sixth Amendment Rights - Rights of the Accused - "In all criminal prosecutions... and be informed of the nature and cause of the accusation....". Mine (our) Fourteenth Amendment - Equal Protection Under the Law "All persons born ... in the United States,... No State shall make or enforce any law which shall abridge the priveleges or immunities of citizens of the United States; nor... without Due Process of Law; nor deny...the equal protection of the Laws."   "See attached - Claims" (Cont.)

(cont.)                "Claims"

"Being Quiet is the Becoming of our End..."
                                    Martin Luther King Jr.

This accusation is very Malicious, and must have some type of improper purpose, and is without probable cause.
   I filed my Informal Grievance on 4-8-21, without getting a response, I then filed my Formal Grievance and again received no response (filed 5-12-21). I then Appealed to the Warden on 6-26-21. The Grievance Officer (now the D-wing Unit Manager) Mr. Mayhughe called me into his office, he showed me a page on his computer, saying "look they changed it." I became irritated, because I had just told him I filed the Warden's Appeal, only moments ago. And with him doing this, had only made me think that he had something to do with it. I asked him if he had sent the grievances to M.S.P. and D.O.C. like he had said he did, which he said he had.
   I have since then exhausted the Human Right Bureau remedy, filed 9-3-21, phone interview 10-6-21, then decision in January of 2022.
                     (Cont. pg.1)

(cont.)                "Claims"

During this time, we have been off and on Covid-19 lock downs or Quarintines.

The name and office of the individual(s) that are resposible for this misinformation, slander, is still not known to me. The Absolute and Conclusive Assumption is that the Montana Department of Corrections and/or the Montana State Prison can provide myself and the Court with this evidence, information, as this is evidence that has adversely affected me, as I have been dealing with stress and anxiety, that has caused me to have health problems.

With this evidence I can then Amend my claim(s), if I and the Court do not receive this evidence, information. I will Motion the Court to Compel for the production and have an evidentuary hearing.

Thank you and Sincerly,
Mr. Thomas Gene Peltier

cc:
attached is 2 pgs. "Claims"
In forma Pauperis with  } in seperate envelope
3 pgs. Inmate Acct. statement
Location Report/or Annual Reviews sheet (exh. #1)

pg. 2

**V. Relief sought:** That either/or The Montana Dept. of Correction and the Montana State Prison, provide my self and the Court with the information requested in the claim (this) so I can then Amend my Claim(s) I will then Amend my Relief's

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes. I ask that the Court have the Montana Department of Correction and/or the Montana State Prison, provide myself and the Court with the evidence/information, ~~name~~ Office, Department and Name of the individual(s) who made this libel slander against myself (and ~~was~~ possibly others), the reason for doing so, and under what pre~~texts~~ text. That Myself and the Court be provided with all information need and requested in the above claim(s). And That the Court Order either of, M.D.O.C. or M.S.P. to provide that information. I will then Amend my Claim to the proper, individual, office, entity.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of February, 2022

*[signature]*

Thomas Gene Peltier