UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| THOMAS PELTIER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 22-14-H-SEH |
| vs. | |
| MONTANA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

     Dated this 11th day of April, 2022.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ T. Gesh
                                       T. Gesh, Deputy Clerk